AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**2710 29th STREET, SE, APT. #228**
**WASHINGTON, DC**

## SEARCH WARRANT

CASE NUMBER: 07-619-M-01

TO: __DANIEL SPERCO__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __SPECIAL AGENT, DANIEL SPERCO__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**2710 29th STREET, SE, APT. #228 - WASHINGTON, DC**
See Attached Affidavit

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See the affidavit submitted in support of the application for this warrant which are incorporated herein by reference.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _December 13, 2007_
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

DEC 03 2007
Date and Time Issued   JOHN M. FACCIOLA
                      U.S. MAGISTRATE JUDGE

at Washington, D.C.

_[signature]_

Name and Title of Judicial Officer    Signature of Judicial Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>12-3-07 | DATE AND TIME WARRANT EXECUTED<br>12-4-07 0605 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Robert G Davis |

INVENTORY MADE IN THE PRESENCE OF   Special Agent Brian Flynn

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attachment

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _[signature]_

**FILED**
DEC 07 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_[signature]_   12/07/07
U S Judge or Magistrate   Date

# Detail Inventory Listing of All Items at Search Warrant Site

**Site Name:**
2710 29th St., SE Apt 228
Washington, DC 20020
Garden style 2-bedroom apartment with storage room on the basement level.

**Investigation Number:**
115
**Starting Date and Time:**
12/04/2007 06:31 AM
**Ending Date and Time:**
12/04/2007 09:33 AM

**Report Date:**
Friday, December 07, 2007

---

| | | | |
|---|---|---|---|
| **Control #:** | 1 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | PAWN RECORDS, TWO CATALOGS ADDRESSED TO STEWART L. MARTIN TWO PIECES OF YELLOW PAPERS WITH NAMES, DOB AND, SSN, ONE FLYER ADDRESSED TO FREDERICK SCOTT, ONE HSN CATALOG, ONE MANUAL FOR AND AUDIOVOX DVD MONITOR/PLAYER, ALL FOUND UNDER THE COFFEE TABLE | |

**Key Word:**
**Location:** LIVING ROOM
**Found:** 2710 29TH ST., SE APT 228
**Locating Investigator:** SHANE BURROUGHS
**Evidence Custodian:** BRIAN FLYNN
**Evidence Logger:** JENNIFER COUNTISS

---

| | | | |
|---|---|---|---|
| **Control #:** | 2 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | MISC. PAPERWORK FOUND IN THE PILE IN THE HALLWAY | |

**Key Word:**
**Location:** FOYER
**Found:** 2710 29TH ST., SE APT 228
**Locating Investigator:** CHRISTOPHER PURTILL
**Evidence Custodian:** BRIAN FLYNN
**Evidence Logger:** JENNIFER COUNTISS

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | MOTOROLA CELL PHONE WITH SIM CARD INSIDE FOUND IN HALLWAY; CELL PHONE MODEL #: 93152XYB5A; SERIAL #: TG51709571 SIM CARD #: 2605 002 4516 549 | |
| **Key Word:** | | | |
| **Location:** | FOYER | | |
| **Found:** | 2710 29TH ST , SE APT 228 | | |
| **Locating Investigator:** | CHRISTOPHER PURTILL | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | ONE CARDBOARD PIECE WITH DHL EXPRESS LABELED "SHADONNA JONES 1731 S St S.E.; FOUND IN TOP CABINET NEAR MAIN HALLWAY | |
| **Key Word:** | | | |
| **Location:** | KITCHEN | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | BRIAN FOX | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | BROWN WALLET W/ DL, SSN CARD, 5 ACCESS CARDS & VARIOUS BUSINESS CARDS, SPRINT BILL(ACCT 0631553663-3), AND PIECES OF PAPERS W/VARIOUS NAMES & NUMBERS, FOUND ON TOP OF CABINETS | |
| **Key Word:** | | | |
| **Location:** | KITCHEN | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | ERIC TRASESKI | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| Control #: | 6 | Evidence Box: | |
|---|---|---|---|
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | 2 FRYING PANS AND MISC KITCHEN UTENSILS FOUND IN CABINETS | |
| Key Word: | | | |
| Location: | KITCHEN | | |
| Found: | 2710 29TH ST., SE APT 228 | | |
| Locating Investigator: | ERIC TRASESKI | | |
| Evidence Custodian: | BRIAN FLYNN | | |
| Evidence Logger: | JENNIFER COUNTISS | | |

| Control #: | 7 | Evidence Box: | |
|---|---|---|---|
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | PAWN SHOP SALES LOG, FINANCIAL DOCUMENTS W/PERSONAL IDENTIFIERS, AND PHONE BILL, FOUND TO THE RIGHT OF THE COUCH ACROSS FROM THE TV IN A STACK. | |
| Key Word: | | | |
| Location: | LIVING ROOM | | |
| Found: | 2710 29TH ST., SE APT 228 | | |
| Locating Investigator: | STEPHEN KOPECK | | |
| Evidence Custodian: | BRIAN FLYNN | | |
| Evidence Logger: | JENNIFER COUNTISS | | |

| Control #: | 8 | Evidence Box: | |
|---|---|---|---|
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | PAWN LIST, VARIOUS PIECES OF MAIL W/DIFFERENT NAMES, VARIOUS PIECES OF PAPERS W/ITEM AMOUNT CODES, AND TWO PIECES OF PAPER W/PERSONAL IDENTIFIERS FOUND IN A LARGE WICKER BASKET | |
| Key Word: | | | |
| Location: | LIVING ROOM | | |
| Found: | 2710 29TH ST., SE APT 228 | | |
| Locating Investigator: | SHANE BURROUGHS | | |
| Evidence Custodian: | BRIAN FLYNN | | |
| Evidence Logger: | JENNIFER COUNTISS | | |

| | | |
|---|---|---|
| **Control #:** | 9 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | 4 VARIOUS CATALOGS W/VARIOUS NAMES, PIECES OF PAPER W/QVC ORDER #, AND DR LEONARD'S HEALTH CARE ORDER FORM FOR BOBBY SIMS; FOUND IN MEDIUM WICKER BASKET |
| **Key Word:** | | |
| **Location:** | LIVING ROOM | |
| **Found:** | 2710 29TH ST., SE APT 228 | |
| **Locating Investigator:** | SHANE BURROUGHS | |
| **Evidence Custodian:** | BRIAN FLYNN | |
| **Evidence Logger:** | JENNIFER COUNTISS | |
| **Control #:** | 10 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | MISC. PAPERS FOUND ON FLOOR |
| **Key Word:** | | |
| **Location:** | LIVING ROOM | |
| **Found:** | 2710 29TH ST , SE APT 228 | |
| **Locating Investigator:** | BEN HICKS | |
| **Evidence Custodian:** | BRIAN FLYNN | |
| **Evidence Logger:** | JENNIFER COUNTISS | |
| **Control #:** | 11 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | HEARTLAND AMERICA CATALOG, MISC PAPERS AND SPRINT PCS TELEPHONE BOX; FOUND ON FLOOR NEXT TO CD RACK. |
| **Key Word:** | | |
| **Location:** | LIVING ROOM | |
| **Found:** | 2710 29TH ST., SE APT 228 | |
| **Locating Investigator:** | BEN HICKS | |
| **Evidence Custodian:** | BRIAN FLYNN | |
| **Evidence Logger:** | JENNIFER COUNTISS | |
| **Control #:** | 12 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | MISC PAPERS FOUND ON TABLE NEXT TO CD RACK |
| **Key Word:** | | |
| **Location:** | LIVING ROOM | |
| **Found:** | 2710 29TH ST., SE APT 228 | |
| **Locating Investigator:** | BEN HICKS | |
| **Evidence Custodian:** | BRIAN FLYNN | |
| **Evidence Logger:** | JENNIFER COUNTISS | |

| | | | |
|---|---|---|---|
| **Control #:** | 13 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | GATEWAY COMPUTER BOX W/SHIPPING LABEL; FOUND UNDER THE TABLE ON THE FLOOR THAT IS NEXT TO THE CD RACK. | |
| **Key Word:** | | | |
| **Location:** | LIVING ROOM | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | BEN HICKS | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 14 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | 1 BAKING SHEET, 1 POT, 1 KNIFE SET AND MISC. KITCHEN UTENSILS. | |
| **Key Word:** | | | |
| **Location:** | KITCHEN | | |
| **Found:** | 2710 29TH ST , SE APT 228 | | |
| **Locating Investigator:** | ERIC TRASESKI | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 15 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | ONE MOTOROLA CELL PHONE(SERIAL #: 723755933972) FOUND IN RED GYM BAG ON THE FLOOR | |
| **Key Word:** | | | |
| **Location:** | DINING ROOM | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | BRIAN FOX | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 16 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | U S TREASURY CHECK IN THE AMOUNT OF $790.00. FOUND IN JEWELRY BOX TO THE RIGHT OF THE COUCH. | |
| **Key Word:** | | | |
| **Location:** | LIVING ROOM | | |
| **Found:** | 2710 29TH ST , SE APT 228 | | |
| **Locating Investigator:** | STEPHEN KOPECK | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 17 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | SMALL PIECES OF PAPER W/ORDER #'S AND AMOUNT, FOUND IN SMALL WOODEN & CERAMIC CONTAINER ON THE TOP OF THE COFFEE TABLE | |
| **Key Word:** | | | |
| **Location:** | LIVING ROOM | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | SHANE BURROUGHS | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 18 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | SMALL PIECES OF PAER W/ORDER #'S, DESCRIPTIONS AND AMOUNTS; FOUND ON TOP OF COFFEE TABLE. | |
| **Key Word:** | | | |
| **Location:** | LIVING ROOM | | |
| **Found:** | 2710 29TH ST , SE APT 228 | | |
| **Locating Investigator:** | SHANE BURROUGHS | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 19 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | AARP IDENTITY CARD UNDER "MR ROBERT GIONNE); FOUND IN A PILE IN THE CORNER | |
| **Key Word:** | | | |
| **Location:** | DINING ROOM | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | CHRISTOPHER PURTILL | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 20 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | MISC. PAPERS FOUND ON THE FLOOR UNDER THE TABLE THAT IS NEXT TO THE CD RACK | |
| **Key Word:** | | | |
| **Location:** | LIVING ROOM | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | BEN HICKS | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 21 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | TWO BUSINESS CARDS, ONE BALLY'S GYM CARD AND ONE MISC. PAPER; FOUND IN THE BLACK CABINET ON THE TOP SHELF. | |
| **Key Word:** | | | |
| **Location:** | LIVING ROOM | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | LAUREN TAYLOR | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 22 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | ONE BUSINESS CARD LABELED NATIONAL TRADE CENTER AND ONE BLACK NOTEBOOK LISTING VARIOUS SHOPPING BC ITEMS; FOUND ON CHAIR IN A CONTAINER LABELED "POPCORN." | |
| **Key Word:** | | | |
| **Location:** | DINING ROOM | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | BRIAN FOX | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 23 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | ONE SKILLCRAFT EXECUTIVE STENO NOTEBOOK; FOUND ON THE PLASTIC WHITE SHELF TO THE LEFT SIDE OF THE TV. | |
| **Key Word:** | | | |
| **Location:** | LIVING ROOM | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | LAUREN TAYLOR | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 24 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | ONE MANILLA FOLDER WITH MUTIPLE YELLOW PAWN BROKER RECEIPTS, FOUND ON THE WHITE PLASTIC SHELF TO THE LEFT SIDE OF THE TV. | |
| **Key Word:** | | | |
| **Location:** | LIVING ROOM | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | LAUREN TAYLOR | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 25 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | BOB VILLA TOOL KIT -BOB VILLA DRILL BIT SET; FOUND ON THE FLOOR NEXT TO THE CD RACK | |
| **Key Word:** | | | |
| **Location:** | LIVING ROOM | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | BEN HICKS | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 26 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | BROWN POCKET BOOK CONTAINING MISC PAPERS; FOUND ON THE FLOOR NEXT TO THE CD RACK | |
| **Key Word:** | | | |
| **Location:** | LIVING ROOM | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | BEN HICKS | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 27 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | ONE CATALOG ADDRESSED TO "STEWART MARTIN " FOUND ON THE WHITE PLASTIC SHELF TO THE LEFT SIDE OF THE TV. | |
| **Key Word:** | | | |
| **Location:** | LIVING ROOM | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | LAUREN TAYLOR | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 28 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | MISC. MAGAZINES WITH NAMES & ADDRESSES; FOUND IN THE LARGEST BROWN WICKER CONTAINER. | |
| **Key Word:** | | | |
| **Location:** | LIVING ROOM | | |
| **Found:** | 2710 29TH ST , SE APT 228 | | |
| **Locating Investigator:** | LAUREN TAYLOR | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 29 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | NUMEROUS PIECES OF PAPERS W/PERSONAL IDENTIFIERS AND VARIOUS CATALOGST MAIL; FOUND IN BROWN DUFFLE BAG | |
| **Key Word:** | | | |
| **Location:** | LIVING ROOM | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | SHANE BURROUGHS | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 30 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | 1 BROWN WALLET CONTAINING 4 PLASTIC CARDS(3 LABELED "TABETHA GRIFFIN" AND 1 LABELED "WILLARD MCBRIDE"), 1 EMBOSSED "ACE CASH EXPRESS" CARD AND 2 "BJS" MEMBER CARDS FOR "THERESA M. HUBBARD " FOUND IN THE BLACK CABINET ON THE BOTTOM SHELF. | |
| **Key Word:** | | | |
| **Location:** | LIVING ROOM | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | LAUREN TAYLOR | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 31 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | ONE BROWN WALLET CONTAINING A DC ID CARD MADE OUT TO "ROBERT GEORGE DAVIS" AND MULTIPLE PLASTIC CARDS; FOUND IN THE BLACK CABINET ON THE TOP SHELF. | |
| **Key Word:** | | | |
| **Location:** | LIVING ROOM | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | LAUREN TAYLOR | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 32 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | MISC PAPERS; FOUND ON THE MEN'S DRESSER NEXT TO THE CLOSET. | |
| **Key Word:** | | | |
| **Location:** | BEDROOM | | |
| **Found:** | 2710 29TH ST , SE APT 228 | | |
| **Locating Investigator:** | BEN HICKS | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 33 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | FRAMED ART; FOUND ON THE WALL NEAR THE HALLWAY | |
| **Key Word:** | | | |
| **Location:** | LIVING ROOM | | |
| **Found:** | 2710 29TH ST , SE APT 228 | | |
| **Locating Investigator:** | BEN HICKS | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 34 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | MISC PAPERS; FOUND ON THE FLOOR BETWEEN THE MEN'S DRESSER AND CLOSET | |
| **Key Word:** | | | |
| **Location:** | BEDROOM | | |
| **Found:** | 2710 29TH ST , SE APT 228 | | |
| **Locating Investigator:** | BEN HICKS | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 35 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | | Not Used | |
| **Key Word:** | | | |
| **Location:** | | | |
| **Found:** | | | |
| **Locating Investigator:** | | | |
| **Evidence Custodian:** | | | |
| **Evidence Logger:** | | | |

| | | | |
|---|---|---|---|
| **Control #:** | 36 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | NUMEROUS PAPERS WITH MORTGAGE LOAN INFORMATION IN MULTIPLE NAMES AND 1 COPY OF A RESUME OF ROBERT G. DAVIS; FOUND IN STORAGE AREA | |
| **Key Word:** | | | |
| **Location:** | STORAGE ROOM | | |
| **Found:** | 2710 29TH ST., SE APT 228 | | |
| **Locating Investigator:** | BRIAN CARUSO | | |
| **Evidence Custodian:** | BRIAN FLYNN | | |
| **Evidence Logger:** | JENNIFER COUNTISS | | |

| | | |
|---|---|---|
| **Control #:** | 37 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | NUMEROUS COPIES OF JCPENNY RECEIPTS PRINTED ON COMPUTER PAPER; FOUND IN STORAGE AREA. |
| **Key Word:** | | |
| **Location:** | STORAGE ROOM | |
| **Found:** | 2710 29TH ST., SE APT 228 | |
| **Locating Investigator:** | BRIAN CARUSO | |
| **Evidence Custodian:** | BRIAN FLYNN | |
| **Evidence Logger:** | JENNIFER COUNTISS | |

| | | |
|---|---|---|
| **Control #:** | 38 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | ONE BROWN FILE FOLDER CONTAINING INDENTIFYING DOCUMENTS(BIRTH CERTIFICATE, MARRIAGE CERTIFICATES, AND BANK RECORDS) FOR WILLARD MCBRIDE AND GEORGIA MCBRIDE; FOUND INSIDE WHITE SYROFOAM BOX |
| **Key Word:** | | |
| **Location:** | STORAGE ROOM | |
| **Found:** | 2710 29TH ST., SE APT 228 | |
| **Locating Investigator:** | KEVIN RYDALCH | |
| **Evidence Custodian:** | BRIAN FLYNN | |
| **Evidence Logger:** | JENNIFER COUNTISS | |

| | | |
|---|---|---|
| **Control #:** | 39 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | 7 PAWN SHOP RECEIPTS WITH SEPERATE DATES FOR SEPERATE ITEMS, 3 PAWN SHOP INVENTORY LISTS, AND 1 EXPRESS ORDER FORM FROM SEVENTH AVENUE; FOUND INSIDE GRAY PLASTIC TOTE BOX |
| **Key Word:** | | |
| **Location:** | STORAGE ROOM | |
| **Found:** | 2710 29TH ST , SE APT 228 | |
| **Locating Investigator:** | KEVIN RYDALCH | |
| **Evidence Custodian:** | BRIAN FLYNN | |
| **Evidence Logger:** | JENNIFER COUNTISS | |

| | | |
|---|---|---|
| **Control #:** | 40 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | SAMSUNG GREY FLIP PHONE; MODEL #: SPH-N400; SERIAL # 06308301459; FOUND IN A BLUE PLASTIC TOTE. |
| **Key Word:** | | |
| **Location:** | STORAGE ROOM | |
| **Found:** | 2710 29TH ST , SE APT 228 | |
| **Locating Investigator:** | BRIAN CARUSO | |
| **Evidence Custodian:** | BRIAN FLYNN | |
| **Evidence Logger:** | JENNIFER COUNTISS | |
| **Control #:** | 41 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | MISC. PAPERS CONTAINING PERSONAL IDENTIFIERS; FOUND TO THE LEFT SIDE OF THE TV ON THE WHITE PLASTIC SHELF. |
| **Key Word:** | | |
| **Location:** | LIVING ROOM | |
| **Found:** | 2710 29TH ST , SE APT 228 | |
| **Locating Investigator:** | LAUREN TAYLOR | |
| **Evidence Custodian:** | BRIAN FLYNN | |
| **Evidence Logger:** | JENNIFER COUNTISS | |